1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JOAQUIN YBARRA,                      )          1:05-CV-01013-OWW-SMS-P
                                           )
12             Plaintiff,                   )
                                           )
13        vs.                               )          ORDER DENYING MOTION FOR
                                           )          EXTENSION OF TIME AND MOTION
14    LAMARQUE, et al.,                     )          FOR COUNSEL
                                           )
15             Defendants.                  )          (Doc. 16)
                                           )
16    _____)
                                           )
17

18        Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. §

19    1983.  On February 9, 2007, plaintiff file a motion for extension of time and a motion for

20    appointment of counsel.  In light of the fact that plaintiff's case was dismissed on February 8, 2007,

21    the motions are DENIED AS MOOT.

22    IT IS SO ORDERED.

23    **Dated:    February 15, 2007**              _/s/ **Sandra M. Snyder**_____
      b6edp0                                      UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28